The People of the State of Illinois, Plaintiff-Appellee, *v.* Bobbie Jean Davis, Defendant-Appellant.

(No. 12144;

Fourth District—August 23, 1973.

*Rehearing denied October 2, 1973.*

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

John F. McNichols, of Defender Project, of Springfield, (J. Daniel Stewart, of counsel,) for appellant.

James R. Burgess, Jr., State's Attorney, of Urbana, (Robert G. Frederick, Assistant State's Attorney, and Roy E. Clark, Senior Law Student, of counsel,) for the People.